JACKSON, *ex dem.* ROBICHEAU and others, *against* SWARTWOUT.

An *award* of the *Onondaga* commissioners, under the act (sess. 20. c. 51.) is final and conclusive, if no *dissent* has been filed, though the land was vacant, for five years after; and the party against whom the award was given, brought his action soon after possession was taken.

THIS was an action of ejectment, for part of lot No. 74. in the town of *Hector*, and was tried at the last *Seneca* circuit, before Mr. Justice *Yates*.

The plaintiff gave in evidence an exemplification of an award of the *Onondaga* commissioners, dated the 29th *December*, 1800, awarding the lot in question to *John Currie*, one of the lessors. The defendant proved that the lot was vacant, that no possession was taken, until the year 1805; and offered to prove a title from the patentee, adverse to that of the plaintiff on which the award was made; but there being no evidence of any *dissent* having been filed, nor any produced, the judge overruled the evidence, holding the *award* as conducive against the defendant; and, under his direction, the jury found a verdict for the plaintiff.

A motion was made to set aside the verdict, and for a new trial, which was submitted to the court, without argument.

NEW-YORK, October, 1811.

ROBERTSON v. COL INS CO.

*Per Curiam.* This case comes within the decision of *Jackson, ex dem. Cornelius,* v. *M'Kee, (ante,* p. 429.)

As no *dissent* was ever filed, the title under the *award* was final and conclusive. The motion is, therefore, denied.

Motion denied.